IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

MODESTO COVARRUBIAS-URIBE,
JOHN ROBERT OLIVEROS,
EDWARD GARCIA, and
JONTHAN S. ZUNIGA

          Defendant.

NO. 11-MJ-296 RLP

## ORDER DISMISSING COMPLAINT

**THIS MATTER** having come before the Court on the motion of the United States, and the Court having review that motion and being otherwise fully advised, the Court finds that justice would best be served by dismissing the Complaint in No. 11-MJ-296 RLP.  The government's motion to dismiss the complaint is granted.

IT IS THEREFORE ORDERED that Complaint No. 11-MJ-296 RLP is dismissed without prejudice.

                                                  W. DANIEL SCHNEIDER
                                                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
   Filed Electronically
NORMAN CAIRNS
Assistant United States Attorney